UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                Plaintiff,

v.                                   Case No. 2:17-cv-11721

                                        Hon. Linda V. Parker

                                        Magistrate Judge David R. Grand

MARTIN BLODA, M.D.,
MARK J. BRENNAN, M.D.,
RICARDO D. BORREGO, M.D., and
JASON A. BITKOWSKI, D.O.,

                Defendants.

**STIPULATION FOR ENTRY OF AN ORDER TO
<u>EXTEND DISCOVERY DEADLINE</u>**

This matter is brought before the Court upon the Stipulation of Plaintiff State Farm Mutual Automobile Insurance Company ("Plaintiff") and Defendants Ricardo Borrego, Martin Bloda, Mark Brennan, and Jason Bitkowski ("Defendants"), (collectively "the Parties") and the Court is otherwise duly informed in the premises:

    **1.**    On July 23, 2018, the Court entered a scheduling order setting the following deadlines:

| Event | Deadline |
|---|---|
| Deadline to Request Case Evaluation | April 23, 2019 |
| Fact Discovery Cut-off | April 24, 2019 |
| Expert Reports | Plaintiff – June 12, 2019; Defendants – July 17, 2019 |
| Rebuttal Expert Reports | Plaintiff – August 7, 2019; Defendants – September 3, 2019 |
| Motions Challenging Experts | September 30, 2019 |
| Dispositive Motion Cut-off | September 30, 2019 |
| Motions in Limine | December 30, 2019 |
| Joint Final Pretrial Order Submitted to the Court | January 14, 2020 |
| Final Pretrial Conference | January 28, 2020 at 12:00 p.m. |
| Trial Date | February 24, 2020 at 9:00 a.m. |

**2.** On January 28, 2019, the Court entered a stipulated order extending the discovery deadlines for the Parties to file Lay and Expert Witness Lists and Exchange Rule 26 Expert Disclosures, so that Parties have until April 4, 2019 to file Lay and Expert Witness Lists, Plaintiff has until April 22, 2019 to exchange its Rule 26(a)(2) expert disclosures, and Defendants have until May 22, 2019 to exchange their Rule 26(a)(2) expert disclosures.

**3.** The Parties have been actively participating in settlement discussions.

**4.** To further facilitate settlement discussions, while the Parties were attempting to amicably settle this case, the Parties agreed to refrain from propounding new discovery or moving to enforce pending discovery deadlines, including filing motions to compel.

**5.** Despite the Parties' efforts to reach a settlement, the Parties have been unable to resolve this case and settlement discussions have come to an impasse.

**6.** Although the Parties have worked amicably together to accomplish their respective clients' discovery goals, the Parties will be unable to complete their fact discovery by April 24, 2019. Additional time is needed to: (a) obtain and review written discovery, particularly from third parties; (b) schedule and complete depositions, including depositions of third parties; and (c) to prepare supplemental productions based on the Parties' additional and prior requests.

**7.** The requested extension of the dates for fact discovery cutoff will not substantially delay the adjudication of this matter, nor will it impact the trial date.

**8.** This Motion is being filed in good faith and not for the purpose of unwarranted delay, and it will not unduly prejudice any of the Parties.

**9.** The Parties have conferred and respectfully jointly request a 5-month extension of fact and expert discovery deadlines, including the deadline to exchange exhibit lists, and the deadline by which to file dispositive motions in order to adequately prepare the case for trial. The Parties' proposed modified schedule is set forth in the table below.

| Event | Deadline |
|---|---|
| Lay and Expert Witness Lists | September 4, 2019 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | September 23, 2019 |
| Defendants' Rule 26(a)(2) Expert Disclosures | October 23, 2019 |
| Deadline to Request Case Evaluation | September 23, 2019 |
| Fact Discovery Cut-off | September 24, 2019 |

| Expert Reports | Plaintiff – November 12, 2019; Defendants – December 17, 2019 |
|---|---|
| Rebuttal Expert Reports | Plaintiff – January 7, 2020; Defendants –February 3, 2020 |
| Motions Challenging Experts | March 2, 2020 |
| Dispositive Motion Cut-off | March 2, 2020 |
| Motions in Limine | June 1, 2020 |
| Joint Final Pretrial Order Submitted to the Court | June 15, 2020 |
| Final Pretrial Conference | June 29, 2020 at 12:00 p.m. |
| Trial Date | July 24, 2020 at 9:00 a.m. |

**10.** A Proposed Order awarding the relief sought herein is being filed concurrently with this Stipulation.

**11.** Federal Rule of Civil Procedure 16, which governs scheduling orders, provides that a scheduling order may be amended "for good cause." Fed. R. Civ. P. 16(b)(4).

**12.** Good cause exists to amend the existing Scheduling Order. This Stipulation is not being filed for purposes of delay, but rather to allow the Parties sufficient time to conduct the necessary fact and expert discovery to prepare the case for trial. None of the deadlines which the Parties seek to extend at issue in this Stipulation have expired.

WHEREFORE, the Parties respectfully request the Court enter an Order modifying the existing Scheduling Order with the dates set forth above.

AGREED TO AND SUBMITTED BY:

| KATTEN MUCHIN ROSENMAN LLP | MILLER CANFIELD PADDOCK & STONE PLC |
|---|---|
| By: /s/ Eric T. Gortner | By: /s/ Thomas W. Cranmer |
| Ross O. Silverman<br>Eric T. Gortner<br>Michael J. Powers<br>525 W. Monroe Street, Suite 1600<br>Chicago, Illinois 60661-3693<br>(312) 902-5200<br>Ross.Silverman@kattenlaw.com<br>Eric.Gorner@kattenlaw.com<br>Michael.Powers@kattenlaw.com | Thomas W. Cranmer (P25252)<br>Matthew P. Allen<br>840 West Long Lake Road<br>Suite 200<br>Troy, MI 48098-6358<br>(248) 267-3290<br>cranmer@millercanfield.com<br>allen@millercanfield.com |
| *Attorneys for Plaintiff State Farm Mutual Automobile Insurance Company* | *Attorneys for Plaintiff State Farm Mutual Automobile Insurance Company* |

MICHAEL S. CAFFERTY & ASSOC.

By: /s/ Michael Cafferty

Michael S. Cafferty (P36613)
333 W. Fort Street, Suite 1400
Detroit, MI 48226
313-964-3070
mcaffe@aol.com

*Attorney for Defendants Ricardo Borrego, Mark Brennan, Martin Bloda, and Jason Bitkowski*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                Plaintiff,

v.                                                                    Case No. 2:17-cv-11721

                                                                        Hon. Linda V. Parker

                                                                        Magistrate Judge David R. Grand

MARTIN BLODA, M.D.,
MARK J. BRENNAN, M.D.,
RICARDO D. BORREGO, M.D., and
JASON A. BITKOWSKI, D.O.,

                Defendants.

## ORDER TO EXTEND SCHEDULING ORDER DATES

This matter is brought before the Court upon the Stipulation of Plaintiff State Farm Mutual Automobile Insurance Company ("Plaintiff") and Defendants Ricardo Borrego, Martin Bloda, Mark Brennan, and Jason Bitkowski and the Court is otherwise duly informed in the premises:

**ORDERED** that the Scheduling Order is amended as follows:

| Event | Deadline |
| --- | --- |
| Lay and Expert Witness Lists | September 4, 2019 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | September 23, 2019 |
| Defendants' Rule 26(a)(2) Expert Disclosures | October 23, 2019 |

| Deadline to Request Case Evaluation | September 23, 2019 |
|---|---|
| Fact Discovery Cut-off | September 24, 2019 |
| Expert Reports | Plaintiff – November 12, 2019; Defendants – December 17, 2019 |
| Rebuttal Expert Reports | Plaintiff – January 7, 2020; Defendants –February 3, 2020 |
| Motions Challenging Experts | March 2, 2020 |
| Dispositive Motion Cut-off | March 2, 2020 |
| Motions in Limine | June 1, 2020 |
| Joint Final Pretrial Order Submitted to the Court | June 26, 2020 |
| Final Pretrial Conference | July 15, 2020 at 12:00 p.m. |
| Trial Date | July 28, 2020 at 9:00 a.m. |

                                                        s/Linda V. Parker
                                                        LINDA V. PARKER
                                                        UNITED STATES DISTRICT JUDGE

Dated: April 10, 2019